# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2504

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Fontaine Demmond Sherman, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: February 18, 2010
Filed: February 23, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Fontaine Demmond Sherman appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 33 motions for a new trial based on newly discovered evidence. We affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.